FILED
OCT 14 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CLAUDIA A. QUIROZ (CABN 254419)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7428
7       FAX: (415) 436-7234
        claudia.quiroz@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )  CASE NO. CR-15-0433-WHO
                                        )
14         Plaintiff,                   )
                                        )  [PROPOSED] ORDER GRANTING SECOND
15         v.                           )  AMENDED PETITION FOR AND WRIT OF
                                        )  HABEAS CORPUS AD PROSEQUENDUM
16  BYRON BENJAMIN GROSS,               )
                                        )
17         Defendant.                   )
                                        )
18  _____)

19         Upon motion of the United States of America, and good cause appearing therefore, IT IS

20  HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus

21  Ad Prosequendum requiring the production of defendant BYRON BENJAMIN GROSS before this

22  Court on the date stated in the Writ submitted, or as soon thereafter as may be practicable, is granted,

23  and the Writ shall be issued as presented.

24
25  DATED: October 14, 2016                       _____
                                                  HON. ELIZABETH D. LAPORTE
26                                                United States Magistrate Judge

27
28

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DONALD M. O'KEEFE, United States Marshal, Northern District of California, and /or any of his authorized deputies, and the Sheriff of San Francisco County, and/or her authorized deputies:

Pursuant to the foregoing petition and order, the Sheriff of San Francisco County is directed to release the body of BYRON BENJAMIN GROSS (FBI# 447586AC0), in custody in the San Francisco County Jail, or any other institution in the Sheriff's custody, to the U.S. Marshal who shall produce same before the Honorable William H. Orrick, United States District Judge, 450 Golden Gate Avenue, San Francisco, California 94102 in Courtroom 2 on the seventeenth floor on December 1, 2016 at 1:30 p.m., or as soon thereafter as practicable, in order that BYRON BENJAMIN GROSS may appear for a sentencing hearing.

The Marshal will be directed by court order to return BYRON BENJAMIN GROSS to the local authority (San Francisco County) when his presence for preliminary proceedings before this Court is not immediately required.

Should the local or state custodian release BYRON BENJAMIN GROSS from its custody, you are directed that he immediately be delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

DATED: 10/14/16, 2016

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

SECOND AMENDED PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR-15-0433-WHO